**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MARIANO BAILON MENDOZA,

Petitioner,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security; et al.,

Respondents.

Case No.: 26-cv-01068-GPC-GC

**ORDER DENYING RESPONDENTS' AMENDED MOTION TO DISMISS AS MOOT**

**[ECF Nos. 12, 13]**

Respondent filed a motion to dismiss on July 8, 2026, and an amended motion to dismiss on July 9, 2026. Rather than filing an opposition, Petitioner filed an amended complaint on August 6, 2026. Accordingly, the Court DENIES Respondents' amended motion to dismiss as MOOT, and the scheduled hearing for October 2, 2026, is vacated.

**IT IS SO ORDERED.**

Dated: September 16, 2026

Hon. Gonzalo P. Curiel
United States District Judge